UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE DOE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:21-cv-02397** |
| **DR. PHILIP T. SOBASH** | * | **JUDGE: SM** |
| | * | **MAGISTRATE: DMD** |

* * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT PHILIP SOBASH'S ANSWER TO THE COMPLAINT

Defendant Philip T. Sobash ("Sobash"), by and through its counsel, hereby answers the Plaintiff Jane Doe ("Jane Doe" or "Plaintiff") complaint as follows:

### Preliminary Statement

1. Denied.

2. Admitted.

3. Denied.

4. Denied.

5. Denied

6. Denied.

7. Denied.

01101520-1                                        1

8. The Complaint is a written document that speaks for itself, therefore no further response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

## Parties

9. The first sentence of Paragraph nine calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations. As to the second sentence of Paragraph nine, Sobash is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and therefore denies the same.

10. Admitted.

## Jurisdiction

11. This Paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

12. This Paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

13. This Paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

14. This Paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

15. This Paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

**Factual Background**

16. Sobash is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and therefore denies the same.

17. Admitted.

18. Admitted.

19. Admitted.

20. Denied.

21. Admitted.

22. Denied.

23. This Paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

24. Sobash is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and therefore denies the same.

25. Admitted.

26. Admitted.

27. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations concerning a direct message on Instagram. Sobash denies the remaining allegations in this Paragraph.

28. Denied.

29. As to the first sentences of Paragraph 29, Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations and therefore denies these allegations. As to third sentence in this Paragraph, Sobash denies these allegations.

30. Denied.

31. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph

32. As to the first sentence in Paragraph 32, Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations and therefore denies the same. As to the second sentence in Paragraph 32, Sobash denies these allegations. As to the third sentence in Paragraph 32, Sobash admits this allegation.

33. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph

34. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

35. Admit only that Plaintiff filed case 21-1281 in the Eastern District Court of Louisiana. Sobash denies any remaining allegations in this Paragraph, specifically any characterization by Plaintiff of the lawsuit.

36. Admitted.

37. Admitted.

38. Denied.

39. Denied.

40. Denied.

41. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

## Claims For Relief

### First Claim For Relief

### Breach of Contract/Settlement Agreement

42. Sobash re-alleges and herein incorporates by reference the answers set forth in the proceeding paragraphs.

43. Admit only that Plaintiff filed case 21-1281 in the Eastern District Court of Louisiana. Sobash denies any remaining allegations in this Paragraph, specifically any characterization by Plaintiff of the lawsuit.

44. Admitted.

45. Paragraph 45 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

46. Denied.

47. Denied.

### Second Claim For Relief

### Negligence Per Se (Violation of 18 U.S.C. § 2257)

48. Sobash re-alleges and herein incorporates by reference the answers set forth in the proceeding paragraphs.

49. Paragraph 49 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

### Third Claim For Relief

### Invasion Of Privacy – Generally

59. Sobash re-alleges and herein incorporates by reference the answers set forth in the proceeding paragraphs.

60. Paragraph 60 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

61. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

### Fourth Claim For Relief

### Invasion of Privacy – Public Disclosure of Private Facts

67. Sobash re-alleges and herein incorporates by reference the answers set forth in the proceeding paragraphs.

68. Denied.

69. Denied.

70. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

71. Denied.

72. Denied.

73. Paragraph 73 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

74. Denied.

### Fifth Claim For Relief

### Invasion Of Privacy – Intrusion Into Private Affairs

75. Sobash re-alleges and herein incorporates by reference the answers set forth in the proceeding paragraphs.

76. Paragraph 76 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

77. Paragraph 77 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

78. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

79. Denied.

80. Denied.

81. Denied.

82. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

83. Denied.

84. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

85. Denied.

**Sixth Claim For Relief**

**Appropriation Of Likeness**

86. Sobash re-alleges and herein incorporates by reference the answers set forth in the proceeding paragraphs.

87. Paragraph 87 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

88. Denied.

89. Denied.

90. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

96. Denied.

97. Denied.

98. Paragraph 98 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

### Seventh Claim For Relief

### Appropriation Of Name, Photograph, And Likeness (AR Code § 4-75-1109)

99. Sobash re-alleges and herein incorporates by reference the answers set forth in the proceeding paragraphs.

100. Paragraph 100 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

101. Paragraph 101 calls for a legal conclusion to which no response is required. Further, ACA §4-75-1104(a) is a written document that speaks for itself. To the extent a

response is required, Sobash denies any selective quoting of or characterization of ACA §4-75-1104(a) in this Paragraph.

102. Denied.

103. Denied.

104. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

### Eighth Claim For Relief

### False Light

115. Sobash re-alleges and herein incorporates by reference the answers set forth in the proceeding paragraphs.

116. Paragraph 116 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

117. Denied.

118. Denied.

119. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

120. Denied.

121. Denied.

122. Sobash is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this Paragraph and calls upon Plaintiff to prove the same. Sobash denies any remaining allegations in this Paragraph.

123. Denied.

### Ninth Claim For Relief

### Intentional Infliction Of Emotional Distress / Outrage

124. Sobash re-alleges and herein incorporates by reference the answers set forth in the proceeding paragraphs.

125. Denied.

126. Denied.

127. Denied.

128. Denied.

129. Paragraph 129 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

## Tenth Claim For Relief

## Civil Action by Crime Victim – ACA § 16-118-107(a).

130. Paragraph 130 calls for a legal conclusion to which no response is required. To the extent a response is required, Sobash denies the allegations in this Paragraph.

131. Denied.

132. Denied.

133. Denied.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Jane Doe's Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Jane Doe's damages, if any, are the result of acts and/or omissions of other parties for which Sobash is not legally responsible.

## THIRD AFFIRMATIVE DEFENSE

Sobash reserves such further defenses of which it may not be aware that may appear hereafter during discovery, trial or otherwise.

WHEREFORE, Sobash requests that this Court enter judgment in his favor and against Jane Doe, dismissing the Complaint, and all claims therein, with prejudice, and awarding Sobash his costs and attorneys' fees, and granting Sobash such other and further relief as the Court deems just and proper.

Sobash hereby requests a trial by jury of all issues so triable.

Respectfully submitted,

/s/ *David F. Bienvenu*
Denise C. Puente (Bar No. 18390)
David F. Bienvenu (Bar No. 03070)
Lacresha D. Wilkerson (Bar No. 36084)
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras St., 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Telecopier: (504) 569-2999
**Attorneys for Defendant, Dr. Philip T. Sobash**

**And**

Michael J. Connolly
Amanda A. Garanese
Hinckley Allen
100 Westminster Street, Suite 1500
Providence, RI 02903-2319
Telephone: (401) 457-5398
Facsimile: (401) 277-9600
**(PRO HAC VICE ADMISSION PENDING)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2022, a copy of the foregoing was filed by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

/s/ *David F. Bienvenu*