**DOUGLAS, M.J.**
**AUGUST 25, 2022**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**JANE DOE**                                                 **CIVIL ACTION**

**VERSUS**                                                   **NO. 21-2397**

**PHILIP T. SOBASH**                                         **SECTION: "E" (3)**


A settlement conference in the above captioned matter is hereby **SCHEDULED** for **Thursday, February 2, 2023, at 9:00 a.m.** before United States Magistrate Judge Dana M. Douglas, Room B347, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana.

Participation of parties is likely to increase the efficiency and effectiveness of the settlement conference. Therefore, only if a party is unable to attend in person, such party shall be available by telephone for the duration of the settlement conference.

Each party shall provide, in confidence, a concise settlement memorandum, which shall include a brief description of (1) any liability disputes, (2) the key evidence the party expects to produce at trial, (3) the damages at issue in the case, (4) the party's settlement position and (5) any other special issues that may have a material bearing upon settlement discussions (e.g., outstanding liens, particularly contentious litigation history, related litigation in another forum, etc.). Also, please keep in mind that the memorandum is confidential, will not be exchanged, is not binding, and that posturing is inappropriate and only serves to handicap the process. **The memorandum shall be submitted three (3) working days prior to the conference and shall be no longer than three (3) pages double spaced**. The memorandum shall be emailed directly to:

**efile-douglas@laed.uscourts.gov**.  The email subject line should read**: "Settlement Position Paper for [case number] on [date of conference]."**

Prior to the conference, the Plaintiff(s) is/are to have made a settlement proposal.  The Defendant(s) is/are to have responded to that demand and are to have informed the Court of that response.

It is the duty of the parties to notify the undersigned if trial is continued, settled or otherwise disposed of prior to the date of the scheduled settlement conference, so that the matter may be removed from the Court's docket.

New Orleans, Louisiana, this 25th day of August 2022.


**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**