MINUTE ENTRY
MORGAN, J.
August 31, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE,**<br>  **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2397** |
| **DR. PHILIP T. SOBASH,**<br>  **Defendant** | **SECTION: "E" (2)** |

### MINUTE ENTRY

A status conference was held on August 31, 2022, at 10:00 a.m., in the chambers of Judge Susie Morgan.

> Present:   David Spinner, counsel for Plaintiff, Jane Doe; David Bienvenu and Windsor Richmond, counsel for Defendant, Dr. Philip T. Sobash.

The parties discussed the status of the case.

**New Orleans, Louisiana, this 31st day of August, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:19)