## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT

| | | |
|---|---|---|
| **JANE DOE** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 2:21-cv-02397** |
| | * | |
| **DR. PHILIP T. SOBASH** | * | **JUDGE: SM** |
| | * | **MAGISTRATE: DMD** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO FILE CONSENT JUDGMENT UNDER SEAL

**NOW INTO COURT**, come Plaintiff, Jane Doe, ("Plaintiff"), and Defendant, Dr. Philip T. Sobash. ("Defendant"), and upon suggesting to the Court that they have resolved the instant case pending the Court's approval of the proposed Consent Judgment being filed under seal, respectfully move the Court to sign the Consent Judgment and that same be retained under seal.

Respectfully submitted,

*/s/ David. F. Bienvenu*
Denise C. Puente (Bar No. 18390)
David F. Bienvenu (Bar No. 03070)
Windsor V. Richmond (Bar No. 36645)
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras St., 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Telecopier: (504) 569-2999
Email: denisep@spsr-law.com
  davidb@spsr-law.com
  windsorr@spsr-law.com
*Attorneys for Defendant, Dr. Philip T. Sobash*

Respectfully Submitted,

*/s/ Galen M. Hair*
Galen M. Hair, LA Bar # 32865
David C. Spinner, LA Bar # 34771
Hair Shunnarah Trial Attorneys,
d/b/a Insurance Claim Lawyers
d/b/a Insurance Claim HQ
3540 S. I-10 Service Rd. W, Ste 300
Metairie, LA 70001
Phone: 504-684-5200
Fax:   504-613-6351
Email: hair@hairshunnarah.com
  spinner@hairshunnarah.com
*Attorneys for Plaintiff, Jane Doe*

01183252-1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

      This 18th day of November, 2022.

                                                    */s/ David F. Bienvenu*