## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:21-cv-02397** |
| **DR. PHILIP T. SOBASH** | **JUDGE: SM**<br>**MAGISTRATE: DMD** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to File Consent Judgment Under Seal;

**IT IS ORDERED** that the motion is **GRANTED**. The Consent Judgment signed by the Court on this date shall be filed under seal.

**New Orleans, Louisiana, this 23rd day of November, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**